MYRNA A. LEVINSON
GEORGE J. KEHAYAS
WILLIAM G. SCHER *○‡◊
PAUL M. PALEY ○
GREGG D. WEINSTOCK *‡○
KURT LEE WEINMANN *
MARY ANN CANDELARIO *○
YUVAL D. BAR-KOKHBA
CHRISTINE FERNANDEZ CORDOVA
BARRY M. RUDERMAN
BARRY ROTHMAN ✝
THOMAS M. COOPER
DANIEL D. FLYNN
CLAUDINE L. WEIS
JACK J. DENNEHY
ANTHONY D. DELLACROCE
BILL GIANARIS
JOHN M. PIRO*
SCOTT GURTMAN
MARY K. HAWTHORN
SCOTT M. DORESON
ANDREW LONGO○

WILLIAM D. BUCKLEY**✝
APPELLATE COUNSEL

ALSO ADMITTED IN
 * NEW JERSEY
 ○ CONNECTICUT
 ‡ WASHINGTON, D.C.
 □ FLORIDA
 ◊ NORTH DAKOTA
 ✝ MICHIGAN

# GARBARINI & SCHER, P. C.

ATTORNEYS AT LAW

432 PARK AVENUE SOUTH

NEW YORK, N.Y. 10016-8013

(212) 689-1113

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 3 0 2005 ★

BROOKLYN OFFICE

FACSIMILE
(212) 725-9630

E-MAIL ADDRESS
legal@garbarini-scher.com

LONG ISLAND OFFICE
170 OLD COUNTRY ROAD, SUITE 600
MINEOLA, N.Y. 11501-4307
(516) 248-3012

WESTCHESTER OFFICE
202 MAMARONECK AVENUE, SUITE 500
WHITE PLAINS, N.Y. 10601-5312
(914) 949-7100

NEW JERSEY OFFICE
COURT PLAZA NORTH
25 MAIN STREET, 6TH FLOOR
HACKENSACK, N.J. 07601-7025
(201) 343-2002

CONNECTICUT OFFICE
71 LEWIS STREET
PO BOX 1437
GREENWICH, CT 06826-1437
(203) 256-8932

CHAS. J. GARBARINI (1962-2001)

EMERITUS
STANLEY J. SCHER
LEONARD WEINSTOCK

June 7, 2005

**VIA OVERNIGHT MAIL,**

Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Irene J. Cassianos v. Robert J. Bracken*
Docket No. CV-05-1463
Our File No. 15885

Dear Judge Weinstein:

Our firm represents the defendant in this matter, and we were scheduled to appear in court on June 9, 2005 at 10:00 a.m. for our Motion to Dismiss the Complaint. We respectfully ask that the Court mark this motion "withdrawn" as the parties have reached a $7,000 settlement of this matter.

We will file a Stipulation of Discontinuance with the court after it has been signed by both parties. Please advise whether you require anything further from our office regarding this matter.

Very truly yours,

Gregg D. Weinstock

GDW/mg

F:\CASES\15885\Weinstein 6-7-2005.wpd

cc: **VIA FACSIMILE: (631) 232-0176**
and
**FIRST CLASS MAIL**
Law Offices of Joseph B. Fruchter
300 Rabro Drive, Suite 118
Hauppauge, NY 11788